# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL LUJAN, | ) |
| Plaintiff, | ) |
| v. | ) NO. CIV-18-0351-HE-M |
| FNU FOX, et al., | ) |
| Defendants. | ) |

## ORDER

In this action, plaintiff, a pro se state inmate, filed a Complaint against defendants under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). On October 5, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending that plaintiff's Complaint be dismissed with prejudice. The parties were advised of their right to object to the Report and Recommendation by October 26, 2018.

Neither party objected to the Report and Recommendation. Therefore, the parties have waived their rights to appellate review of the factual and legal issues it addressed. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010). Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #11] and **DISMISSES** plaintiff's Complaint [Doc. #1] with prejudice.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE